```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02276
   HENRY GOLEBIOWSKI
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6706


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 02/09/2007 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSECURED           107.27          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           832.71          .00            .00
LIGHTHOUSE FINANCIAL      UNSECURED        NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~    UNSECURED          1410.11          .00            .00
CAPITAL ONE               UNSECURED              .00          .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     2056.00        124.23         831.82
ECAST SETTLEMENT CORP     UNSECURED           574.57          .00            .00
LIGHTHOUSE FINANCIAL      SECURED VEHIC     9000.00        758.05         967.44
THOMAS W DREXLER          DEBTOR ATTY       2,374.00                      894.15
TOM VAUGHN                TRUSTEE                                         274.31
DEBTOR REFUND             REFUND                                             .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 3,850.00

PRIORITY                                               .00
SECURED                                           1,799.26
    INTEREST                                        882.28
UNSECURED                                              .00
ADMINISTRATIVE                                      894.15
TRUSTEE COMPENSATION                                274.31
DEBTOR REFUND                                          .00
                        ---------------        ---------------
TOTALS                  3,850.00                  3,850.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02276 HENRY GOLEBIOWSKI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/25/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |